**Order entered September 9, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01634-CV

### SHAMOUN & NORMAN, LLP, Appellant

### V.

### ALBERT G. HILL, JR., Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-14714-H**

## ORDER

We **GRANT** the September 8, 2014 unopposed second motion of appellee/cross-appellant for an extension of time to file his brief. Appellee/cross-appellant shall file his brief **on or before SEPTEMBER 29, 2014**. We caution appellee/cross-appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     ADA BROWN
         JUSTICE